### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 11-cv-00703-CMA-MEH

CARNATION BUILDING SERVICES, INC.,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, and
SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 105,

    Defendants.

### ORDER AFFIRMING MARCH 2, 2012 ORDER OF
### UNITED STATES MAGISTRATE JUDGE

    This matter is before the Court on the March 2, 2012 Recommendation by United States Magistrate Judge Michael E. Hegarty that City and County of Denver, Department of Aviation, Kim Day and Ruth Rodriguez's (collectively, the "Denver Defendants") Motion for Attorney's Fees be granted in part.[1]  (Doc. # 51.) Specifically, the Magistrate Judge recommended that $3,000.00 in attorneys fees be awarded for the dismissal of Kim Day and Ruth Rodriguez as defendants.  The Recommendation is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation.  (Doc. # 62 at 1 n.2.)  Despite this advisement, no objections to Magistrate Judge Hegarty's Recommendation were filed by either party.  "In the absence of timely

---

[1] All claims against Department of Aviation, Kim Day, and Ruth Rodriguez have been dismissed, and they are no longer defendants in this case.  (See Doc. # 50.)

objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Denver Defendants' Motion for Attorney Fees. Based on this review, the Court concludes that Magistrate Judge Hegarty's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Hegarty as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 62) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion for Attorney's Fees (Doc. # 51) is GRANTED IN PART. Denver Defendants are AWARDED $3,000.00 in attorneys' fees for the dismissal of Kim Day and Ruth Rodriguez.

DATED: March __27__, 2012

                                          BY THE COURT:

                                          *[signature]*
                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge