**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11 cv 00703-CMA-MEH

CARNATION BUILDING SERVICES, INC.,
Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DEPARTMENT OF AVIATION,
KIM DAY, RUTH RODRIGUEZ,
APRIL HENDERSON, IN ALL CAPACITIES,

and

SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 105,
Defendants.

_____

**ORDER OF DISMISSAL OF DEFENDANT SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 105**
_____

COMES NOW THE COURT, and having considered the Stipulation for Dismissal with prejudice of Defendant Service Employees International Union Local 105, and being fully advised in the premises,

HEREBY ORDERS that all claims in this case against Defendant Service Employees International Union Local 105 are dismissed with prejudice, each such party to pay their own costs and fees.

DATED this 21st day of August, 2012.

BY THE COURT:

*s/Christine M. Arguello*
Christine M. Arguello
United States District Judge